Pg 1 of 5.
5-30-2022
Case: 3:22-cv-00556-jdp  Document #: 1  Filed: 09/28/22  Page 1 of 10
2022 SEP 28 P 1:00
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# Suit Persuant to

## Capter 42 U.S.C Sections 1985, 1983

Plaintiff/victem. pro se sui juris Sovereignty Joeseph Helmueller sovereign Freeman Also known previously as Andrew Jacob Helmueller

Hearby brings suit against the Deffentants for acts comitted in violation of civil rights / crimes against humanity. exesive force/assult. retaliation, harrassment ect

Deffendants ① Curtis Johnson a Sgt with the St. croix county sherriffs Dept. Deffendant ② officer white a officer with the St. croix county courts "a bailif with the St. croix county sherriffs Dept.

Both persons personally and or in there official capacity's as persons who were at the specifyed time acting under color/cloack and or authority of law as sworn officers.

Summary of events pg # 2 and 3

releif/Remidy sought pg # 3, 4 and 5

Sovereign Freeman Reserves, secures and invokes all rights, now, previously and Forevermore

This twentyfifth September two thousand and twenty two

# Summary of events

On or about 1-24-2022 I was walking in a hallway while being escorted by officers white and officer Johnson of the St. Croix countys sherriffs department.

While walking in the direction I was told to I was attacked from behind by officer Johnson, I was slamed on my head by officer Johnson causing significant head trama as can be seen in photographs taken afterwards.

Officer Johnson attacked me moments after I had brought up to Judge Scott Needham in court room #3 being attacked by Curtis "officer Johnson at a previous date" and my current frustration with officers and the exesive force that had/did continue to go undiciplined.

This was clear retaliation to my demanding a officer to be held liable and that I stated 6-30-21 Spacificly officer Johnson had priorly attacked me/ I dint feel safe...

Hudson V. Palmer 468 U.S. 517. 104 S.Ct. 3194. 60 L. Ed. 2d 447 (1984)

Intentional Harassment of even the most hardened criminals cannot be tolerated by a civilized society.

Summary of events and remidy that I seek.

Curtis Johnson violently yanked my restraints. Since this most recent attack by Curtis I have had severe and almost constant pressure in my head, headachs, and for some reason dificulty breathing for quite some time after the attack I had Fuxuating vision and could not read/wright without dificulty wich has improved over time, pain in my neck wich has disipated over time but not gotten better than it was due to prior incodents that caused what I do suspect was a broken neck 6-30-2021 also innitiated by Curtis Johnson. Using exesive force again in the jail 1-24-22.

Releif I seek restraining order on Curtis Johnson and, reprimand for faiure to intervein on officer whites behalf for neglecting to defend me.

I seek that Curtis Johnson be barred from the feild of law enforcment security, corrections ect

I seek adiquat thurough exam of my neck and head injurys including diagnosis as to why I'm

Natell v. Las Vegas metro. Police Dep't 268 F.3d 924 (9th Cir 2001) a custom can be shown or a policy can be inferred from widespread practices of REPEATED constitutional violations for wich the officers were not discharged and or reprimanded.

# Remity Sought

Currently / still having pressure in my head aswell as any furter medical attention / care even surgury if nessisary if under lieing problem does exist as a result of Curtis and his actions. I request this to be at no-cost to me / no copay as a prisoner.

I seek compensation for undue pain, suffering, phisicall disstress due to injurys, and breathing problems since the occurances 1-24-22 mental distress as result of my injurys making it difficult to compleat dayly tasks and being bed ridden with a sevear pain and fluxvating weird vision issue that lasted threw out a time periout of a few weeks based on this and the unprovoked fit of rage I request $50,000.00 U.S.d from the deffendants / the state for undue hardsip / lasting ailments.

I also request Curtis Jonson be orderd by the court to compleat anger management classes and if

Smith v. Campbell 250 F.3d 1032 (6th Cir. 2001) Officials must not retaliate against a prisoner "person" for exercising his her and or its constitutional rights.

## Remidy Sought

... deamed nessisary by a medical professional be required to take medication to prevent futcher fits of uncontroleable, unprovaked acts of rage and unjustifyed acts of violence, "retaliation/vengance".

I request that officer Johnson if not criminally charged be atleast placed on probation. Jefferd Gross.

Sincerly andrew jacob Helmueller Also/Known as Sovereignty Joeseph Helmueller Sovereign Freeman this thirtyth Day may twothovsandant twenty two. All rights reserved soly to the victem. Sovereignty Joeseph Helmueller Sovereign Freeman, this case was filed in spring of 2022 from dodge prison, no response was heard from the courts since. this twentyfifth day september of twothovsand twentytwo. See Hendrickson v. Cooper (7th cir 2009) 589 F.3d 887    See also Brown v. Lippard 472 F.3d 384 (5th cir 2006) and Fogle v. Pierson 435 F.3d 1252 (10th cir 2006)

Morrison v. Hall
261 F.3d 896 (9th Cir 2001)

Prison walls do not form a barrier separating prisoners from the protections of the constitution; should a prison regulation or practice infringe upon a fundamental constitutional right, federal courts may order such remedies as are necessary to protect those rights guaranteed under the constitution.